# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROCKHILL INSURANCE COMPANY, | ) |
| *Plaintiff/Counter-Defendant,* | ) ) ) ) |
| v. | ) ) No. 18-cv-02104-ABJ ) |
| HOFFMAN-MADISON WATERFRONT, LLC, HOFFMAN-STRUEVER WATERFRONT, LLC, WHARF DISTRICT GP JOINT VENTURE, LLC, WHARF DISTRICT JOINT VENTURE LP, WHARF HORIZONTAL REIT, LLC, WHARF HORIZONTAL REIT LEASEHOLDER, LLC, and WHARF FISH MARKET REIT LEASEHOLDER, LLC, | ) ) ) ) ) ) ) ) ) ) |
| *Defendants/Counter-Plaintiffs.* | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff/Counter-Defendant Rockhill Insurance Company ("Rockhill") and Defendants/Counter-Plaintiffs Hoffman-Madison Waterfront LLC, Hoffman-Struever Waterfront, L.L.C., Wharf District GP Joint Venture, LLC, Wharf District Joint Venture LP, Wharf Horizontal REIT, LLC, Wharf Horizontal Leaseholder, LLC, and Wharf Fish Market REIT Leaseholder, LLC (collectively, "Developers") respectfully request that the Court enter on the docket that all claims and counter-claims in this action are dismissed with prejudice as to Rockhill and the Developers (*i.e.*, the only remaining parties in this case), with each party to bear its own costs and attorneys' fees.

Dated this 20th day of September, 2022.

Respectfully submitted,

*/s/ Justin Seigler*
Adam H. Fleischer (*pro hac vice*)
Justin K. Seigler (*pro hac vice*)
BATESCAREY LLP
191 North Wacker, Suite 2400
Chicago, Illinois  60606
Tel: (312) 762-3100
afleischer@batescarey.com
jseigler@batescarey.com

Kelly M. Lippincott
GORDON REES SCULLY MANSUKHANI
1101 King St., Suite 520
Alexandria, VA  22314
Tel: (703) 650-7015
klippincott@grsm.com

*Counsel for Plaintiff/Counter-Defendant Rockhill Insurance Company*

Respectfully submitted,

*/s/ Gerald Zingone*
Michael S. McNamara
Gerald Zingone
Clare Cavaliero Pincoski
Alex G. Anderson
PILLSBURY WINTHROP SHAW PITTMAN LLP
1200 Seventeenth Street, N.W.
Washington, D.C.  20036
Tel: (202) 663-8269
Fax: (202) 663-8007
michael.mcnamara@pillsburylaw.com
gerald.zingone@pillsburylaw.com
clare.pincoski@pillsburylaw.com
alex.anderson@pillsburylaw.com

*Counsel for Defendants/Counter-Plaintiffs Hoffman-Madison Waterfront LLC, Wharf Horizontal REIT Leaseholder LLC, Wharf Fish Market REIT Leaseholder LLC, Wharf District GP Joint Venture LLC, Wharf Horizontal REIT LLC, Hoffman-Struever Waterfront LLC, and Wharf District Joint Venture LP*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the foregoing Joint Stipulation of Dismissal has been filed with the Court via CM/ECF with a copy automatically served via email on all counsel of record this 20th day of September, 2022.

                                            */s/ Justin K. Seigler*
                                            Attorney for Plaintiff/Counter-Defendant
3039738                                     Rockhill Insurance Company